IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 17-469-1 |
| | : |
| GARRETT VENSLAND | : |

## ORDER

AND NOW, this 12th day of October, 2017, upon consideration of the Defendants Unopposed Motion for Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**. The Court finds that the defense needs additional time to conduct necessary investigation in order to properly prepare this case for trial. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial.

Trial in this matter shall begin on the 12th day of December, 2017.

BY THE COURT:

_____
HONORABLE PETRESE B. TUCKER
United States District Court Judge